**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1418**

———————

BARBARA S. MINNICH,

Plaintiff - Appellant,

versus

JOHN M. DEUTCH, Director, Central Intelligence
Agency,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge. (CA-95-1340-A)

———————

Submitted:  June 20, 1996          Decided:  June 28, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara S. Minnich, Appellant Pro Se.  Rachel Celia Ballow, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice Appellant's Privacy Act (5 U.S.C.A. § 552a (West Supp. 1996)) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Minnich v. Deutch</u>, No. CA-95-1340-A (E.D. Va. Jan. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2